**SO ORDERED.**

**SIGNED this 17 day of March, 2023.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| WASHBURN LAW, PLLC | 23-00222-5-DMW |
| DEBTOR | CHAPTER 7 |

## ORDER DIRECTING A RULE 2004 EXAMINATION

THIS MATTER is before the Court on motion of James B. Angell, Chapter 7 Trustee, in the above-referenced case, for an order requiring Stephanie Munsey to permit examination of certain documents pursuant to Rule 2004. The Court finds:

1. The Debtor herein filed a voluntary petition under Chapter 7 on January 27, 2023 and James B. Angell is the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee").

2. The Trustee seeks information from Stephanie Munsey regarding the acts, conduct, or property or to the liabilities and financial condition of the Debtor or to any matter which may affect the administration of the Debtor's estate.

3. The Debtor reports over Six Million ($6,000,000.00) Dollars in diverted funds from real estate closings from the Debtor's IOLTA Trust account.

4. Based on his examination to date, the Trustee has identified six individuals who had the means to divert funds or who may have benefited from funds diverted from clients of the Debtor: Jonathan Worth Washburn, Jackson Munsey, Stephanie Munsey, Garland Lee Zuber, Jr., Heather Cieluch Turner, and Candice Morrow[2].

5. The Trustee seeks, in the Rule 2004 Motion, to obtain documents from one of these six people that may tend to show whether (s)he improperly obtained funds or property from the Debtor.

---

[2] The Trustee does not at this time identify any of these individuals of having any role in diverting funds from the Debtor.

6. Stephanie Munsey was a member of the firm and a member of the South Carolina bar with ethical and fiduciary responsibilities to safeguard funds held by the firm that belonged to clients. She was married to Jackson Munsey, and as such, was in a position to benefit from any diversion of funds performed by Jackson Munsey and to avoid scrutiny over improper transactions.

7. Specifically in the Motion, the Trustee seeks to have Stephanie Munsey produce the documents listed on Exhibit A attached hereto on or before March 31, 2023 at 12:00 P.M. at the offices of Howard, Stallings, From, Atkins, Angell & Davis, P.A. at 5410 Trinity Road, Suite 210, Raleigh, North Carolina, 27607.

THEREFORE IT IS ORDERED that Stephanie Munsey shall produce those documents described in Exhibit A for examination and copying at the offices of Howard, Stallings, From, Atkins, Angell & Davis, P.A., at 5410 Trinity Road, Suite 210, Raleigh, North Carolina, 27607 on or by March 31, 2023 at 12:00 P.M. or such other place as may be mutually agreed or such later date as may be designated by the Trustee.

**EXHIBIT A**

This request is made upon Stephanie Munsey for records in your possession, custody, or control.

1. Any and all bank statements, check registers, cancelled checks, wire transfer slips or other documents from January 1, 2018 to the present relating to any bank accounts in your name or over which you had signatory authority at any time during that period.

2. Any and all bank statements, check registers, cancelled checks, wire transfer slips or other documents from January 1, 2018 to the present relating to any bank accounts of any non-public entity or organization in which you had a direct or indirect interest at any time during that period.

3. Any and all bank statements, check registers, cancelled checks, wire transfer slips or other documents relating to any bank accounts from January 1, 2018 to the present of any entity or organization in which you were an officer, director or manager at any time during the period.

4. Any and all statements from January 1, 2018 to the present from any brokerage or other financial accounts in your name or over which you had signatory authority at any time during that period.

5. Any and statements from January 1, 2018 to the present from any brokerage or other financial accounts of any non-public entity or organization in which you had a direct or indirect interest at any time during that period

6. Any and all statements from January 1, 2018 to the present from any brokerage or other financial accounts of any entity or organization in which you were an officer, director or manager during that period.

7. Any and all statements from January 1, 2018 to the present from any credit cards or lines of credit in your name or to which you had or exercised rights to use at any time during that period.

8. Any and all statements from January 1, 2018 to the present from any credit cards or lines of credit of any non-public entity or organization in which you had a direct or indirect interest at any time during that period.

9. Any and all statements from January 1, 2018 to the present from any credit cards or lines of credit of any public or non-public entity or organization in which you were an officer, director or manager at any time during that period.

10. Any and all statements from January 1, 2018 to the present from any and all secured or unsecured loans in your name during that period or as to which you received any proceeds at any time.

11. Any and all statements from January 1, 2018 to the present from any and all secured or unsecured loans of any non-public entity or organization in which you had a direct or indirect interest during that period.

12. Any and all statements from January 1, 2018 to the present from any and all secured or unsecured loans of any public entity or organization in which you were an officer, director or manager during the period.

13. Any and all documents, including but not limited to correspondence and evidence of payment, from January 1, 2018 to the present relating to any financial obligations in your name during that period or as to which you received proceeds or other benefits at any time.

14. Any and all documents, including but not limited to correspondence and evidence of payment from January 1, 2018 to the present of any financial obligations of any non-public entity or organization in which you had a direct or indirect interest during that period.

15. Any and all documents, including but not limited to correspondence and evidence of payment from January 1, 2018 to the present of any financial obligations of public or non-public entity or organization in which you were an officer, director or manager during that period.

16. Any and all documents, including but not limited to contracts, closing statements and deeds from January 1, 2018 to the present relating to any real estate acquired or sold by you in your name or in the name of any other person during that period.

17. Any and all documents, including but not limited to contracts, closing statements and deeds from January 1, 2018 to the present relating to any real estate acquired or sold by any non-public entity or organization in which you had a direct or indirect interest during that period.

18. Any and all documents, including but not limited to contracts, closing statements and deeds from January 1, 2018 to the present relating to any real estate acquired or sold by any entity or organization in which you were an officer, director or manager during that period.

19. Any and all documents, including but not limited to contracts and titles relating to any vehicles or other property of a value of more than $5,000.00 acquired or sold by you from January 1, 2018 to the present in your name or the name of any other person during that period.

20. Any and all documents, including but not limited to contracts and titles relating to any vehicles or other property of a value of more than $5,000.00 from January 1, 2018 to the present acquired or sold by any non-public entity or organization in which you had a direct or indirect interest during that period.

21. Any and all documents, including but not limited to contracts and titles relating to any vehicles or other property of a value of more than $5,000.00 from January 1, 2018 to the present acquired or sold by any entity or organization in which you were an officer, director or manager during that period.

22. Income tax returns (including all Schedules) and all supporting documents (such as W-2 forms, 1099's or other documents) prepared for and/or filed by you from January 1, 2018 to the present.

23. Income tax returns (including all Schedules) and all supporting documents (such as W-2 forms, 1099's or other documents) prepared for and/or filed by any non-public entity or organization in which you had a direct or indirect interest from January 1, 2018 to the present.

24. Income tax returns (including all Schedules) and all supporting documents (such as W-2 forms, 1099's or other documents) prepared for and/or filed by any entity or organization in which you were an officer, director or manager from January 1, 2018 to the present.

25. Any financial statements (including all schedules and all supporting documents ) prepared for and/or submitted to any person(s) by you from January 1, 2018 to the present.

26. Any financial statements (including all income statements, balance sheets, cash flow statements, schedules and supporting documents ) from January 1, 2018 to the present prepared for and/or submitted to any person(s) by any non-public entity or organization in which you had a direct or indirect interest.

27. Any financial statements (including all income statements, balance sheets, cash flow statements, schedules and supporting documents ) from January 1, 2018 to the present prepared for and/or submitted to any person by any entity or organization in which you were an officer, director or manager.

28. Any and all journals, ledgers and other financial records from January 1, 2018 to the present of yours.

29. Any and all journals, ledgers and other financial records from January 1, 2018 to the present of any non-public entity or organization in which you had a direct or indirect interest during that period.

30. Any and all journals, ledgers and other financial records from January 1, 2018 to the present of any entity or organization in which you were an officer, director or manager during that period.

31. Any and all other documents evidencing in any way any direct or indirect receipt of property or funds by you or for your benefit during the period from January 1, 2018 to the present.

32. Any and all other documents evidencing in any way any direct or indirect receipt of property or funds by any non-public entity or organization in which you had a direct or indirect interest during the period from January 1, 2018 to the present.

33. Any and all other documents evidencing in any way any direct or indirect receipt of property or funds by any entity or organization in which you were an officer, director or manager during the period from January 1, 2018 to the present.

34. Any and all journals, ledgers and other financial records from January 1, 2018 to the present of any non-public entity or organization in which you had a direct or indirect interest during that period.

35. Any and all journals, ledgers and other financial records from January 1, 2018 to the present of any entity or organization in which you were an officer, director or manager during that period.

36. Any and all documents, including correspondence, emails, statements, bank documents or other physical or electronic documents within your possession or control pertaining to the receipt and/or disposition of any funds held by Washburn Law, PLLC in its name or in trust for its clients or other persons from January 1, 2018 to the present;

37. All correspondence, including but not limited to emails, pertaining to the business conducted by Washburn Law, PLLC from January 1, 2018 to the present.

38. A copy of your passport with all stamps and endorsements in effect from January 1, 2018 to the present.

END OF DOCUMENT